IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HUGH P. O'SHIELDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 2:17-CV-00553-RDP |
| GEICO CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Hugh P. O'Shields, pursuant to Rule 41(a)(1)(ii), Alabama Rules of Civil Procedure, and hereby voluntarily dismisses his Complaint, with prejudice, against the Defendant, GEICO Casualty Company. Costs of this action are to be taxed as paid.

As the basis for said Stipulation, the parties show unto this Court that a settlement has been reached as to all controverted issues as evidenced by the signature of plaintiff and defense counsel in the case set forth below.

_____
W. Chamber Waller, IV, Esquire
Attorney for Hugh P. O'Shields

**OF COUNSEL**
White Arnold & Dowd, P.C.
2025 Third Avenue North
Suite 500
Birmingham, AL 35203

_____
Kenneth A. Dowdy, Esquire
Attorney for GEICO Casualty Company

**OF COUNSEL**
The Law Office of Kenneth A. Dowdy
2700 Rogers Drive
Suite 204
Homewood, AL 35209